**Order entered December 22, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00692-CV

**ESAM HOHAMMAD ALHALABY, ET AL., Appellants**

**V.**

**AUCTION CREDIT ENTERPRISE, LLC, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-14909**

### ORDER

Before the Court is appellee's December 20, 2022 motion for an extension of time to file its brief. We **GRANT** the motion and extend the time to Monday, **January 30, 2023**.

/s/    BILL PEDERSEN, III
         JUSTICE